IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

VICTOR DE LEON MORALES

CASE NO. 10-03512-SEK13    SEK

Chapter: 13

Debtor(s)

## MINUTES OF HEARING ON CONFIRMATION AND/OR OTHER CHAPTER 13 PROCEEDINGS

MATTERS TO BE CONSIDERED:
CONFIRMATION HEARING OF PLAN DATED 4/28/10 (#2)

PARTIES PRESENT: [✓] Debtor  [ ] Debtor's Attorney  [✓] Chapter 13 Trustee  [ ] Creditors:

NOTES AND REMARKS: * (Order will be entered electronically)

- [ ] **Plan Confirmed** Dated: _____ * [ ] As modified in open Court see additional comments.
- [ ] **Modified Plan** Dated: _____ [ ] Approved [ ] Denied
- [ ] **Opposition** [ ] **Motion To Dismiss** [ ] **Motion To Convert**: withdrawn by: _____
- [ ] Confirmation of Plan is denied for reasons stated in open Court.
- [ ] **Motion filed by** _____ is [ ] Granted * [ ] Denied * [ ] Moot.
- [ ] Debtor's motion requesting voluntary dismissal is hereby granted. * [ ] Trustee is awarded $100.00 for costs.
- [ ] Case is dismissed for reasons stated in open Court. * [ ] Order to show cause is enforced and case is dismissed.*
- [ ] The Court will retain jurisdiction upon the application for compensation filed by Debtor's Counsel for a period of ____ days.
- [ ] Motion for Reconsideration was granted. * Order Dismissing Case entered on _____ is vacated and set aside.
- [ ] Motion filed by _____ requesting conversion was granted.*
- [ ] The case was **converted** for reasons stated in open Court. *[ ] _____ to pay conversion fees within ____ days.
- [ ] Debtor's [ ] Trustee's **Objection to Claim No.** ____ filed by _____ is: [ ] Granted [ ] Denied, Claim is :* [ ] Disallowed [ ] Allowed as _____.
- [ ] Debtor has ____ days to file objection to claim(s) number(s) ____ of creditor(s)
- [ ] Application for Compensation and/or Reimbursement of Expenses filed by _____ is [ ] Approved in the amount of _____ .* [ ] Denied.*
- [ ] 341 Meeting was rescheduled for: _____ at _____
- [✓] Hearing rescheduled: [ ] Status conference set: [ ] Pretrial hearing for: 9-21-2010 at 10:00am
- [ ] Clerk to give notice of hearing.* [ ] Clerk to follow up and return to chambers within ____ days for court to consider pending matters: _____
- [ ] Additional Comments:

DATE: 7-21-2010                                         BY: MARIBEL MONTALVO